IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA,<br>      Plaintiff, | )<br>)<br>) |
| VS. | )    Case No. CF-14-199<br>) |
| TERESA LASHMET,<br>SSN: XXX-XX-5251<br>DOB: ███<br>      Defendant. | )<br>)<br>)<br>) |

FILED
DISTRICT COURT
OTTAWA CO. OKLA.

MAY 22 2014

CASSIE KEY COURT CLERK
BY_____

## INDICTMENT

FOR: **PERJURY**, 21 O.S. § 491 [2 Counts]
      **ENGAGING IN A PATTERN OF CRIMINAL OFFENSES**, 21 O.S. § 425 [1 Count]

*IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OKLAHOMA:*

By the order of the Supreme Court of Oklahoma, the Fourteenth Multicounty Grand Jury was convened with it principal site to be in Oklahoma City, Oklahoma County, Oklahoma, to serve from February 25, 2013 until August 21, 2014, or until the designated presiding judge determines the Fourteenth Multicounty Grand Jury has reached reasonable completion of its investigations, but, in any event, no more than twenty-four (24) months from the commencement of its term. That the said Multicounty Grand Jury of the State of Oklahoma, being composed of good and lawful men and women, legally drawn and summoned according to law, and then and there examined, impaneled, sworn and charged according to law to diligently inquire into and true presentment make of all public offenses against the State of Oklahoma committed and triable within the State of Oklahoma, upon their oath and in the name and by the authority of the State of Oklahoma, do present and find that:

**EXHIBIT 1**

**COUNT 1: PERJURY~ a FELONY**, on or about the 14th day of May, 2013, within the County of Ottawa, State of Oklahoma, the defendant **TERESA LASHMET,** willfully and knowingly did commit the crime of **PERJURY**, by making false statements under oath or affirmation in a probable cause affidavit required by law in support of her arrest of Jerry Dean Payne, Jr., filed in Ottawa County District Court case CM-2013-605, with the intent to avoid or obstruct the ascertainment of the truth, to wit: said defendant stated that the driver immediately got out of his truck. After multiple orders for him to remain in his vehicle the driver, Jerry Dean Payne Jr. sat back inside his truck, when in truth and fact, the statements were made by the defendant with the intent to avoid or obstruct the ascertainment of the truth, said false statements being made contrary to the provisions of section 491 of Title 21 of the Oklahoma Statutes, and against the peace and dignity of the State of Oklahoma.

**COUNT 2: PERJURY~ a FELONY**, on or about the 26th day of March, 2014, within the County of Oklahoma, State of Oklahoma, the defendant **TERESA LASHMET,** willfully and knowingly did commit the crime of **PERJURY**, by making false statements under oath before the Fourteenth Multicounty Grand Jury regarding a probable cause affidavit required by law in support of her arrest of Jerry Dean Payne, Jr., filed in Ottawa County District Court case CM-2013-605, with the intent to avoid or obstruct the ascertainment of the truth, to wit:

I actually had to write it twice. Because my Corporal said to leave the accident out since there was no damage to his vehicle or the property at Stables Casino. And he also told me to leave Kenny McKee out and put me as the stopping officer. Put me as the initiating office for the traffic stop. I pulled out the fact that he struck the rock, which nothing was damaged. I understand his seeing that, but - - and I took out the fact that I put - - my initial report said Trooper McKee initiated the

stop. I backed him.

when in truth and fact, the statements were made by the defendant with the intent to avoid or obstruct the ascertainment of the truth, said false statements being made contrary to the provisions of section 491 of Title 21 of the Oklahoma Statutes, and against the peace and dignity of the State of Oklahoma.

**COUNT 3: ENGAGING IN A PATTERN OF CRIMINAL OFFENSES~ a FELONY,** on or between the 14th day of May 2013, and the 26th day of March 2014, within the County of Ottawa, State of Oklahoma, the defendant **TERESA LASHMET,** willfully and knowingly did commit the crime of **ENGAGING IN A PATTERN OF CRIMINAL OFFENSES** by committing two or more criminal offenses that are part of the same plan, scheme or adventure in two or more counties in this State. Those criminal offenses are **PERJURY,** committed on or about May 14, 2013, in Ottawa County and **PERJURY,** committed on or about March 26, 2014, in Oklahoma County. These criminal offenses were committed with respect to false statements under oath before the Fourteenth Multicounty Grand Jury and in a probable cause affidavit in support of the arrest of Jerry Dean Payne, Jr., filed in Ottawa District Court and are part of a common plan, scheme or adventure to avoid or obstruct the ascertainment of the truth, contrary to the provisions of section 425 of Title 21 of the Oklahoma Statutes, and against the peace and dignity of the State of Oklahoma.

BY: _____
FOREMAN
Oklahoma Multicounty Grand Jury

## PENALTY

COUNT 1-2:   Imprisonment in the custody of the Department of Corrections for a term of not more than five (5) years.

COUNT 3:   Imprisonment in the custody of the Department of Corrections for a term not exceeding two (2) years, or imprisonment in the county jail for a term not exceeding one (1) year, or by fine in an amount not more than Twenty-five Thousand dollars ($25,000), or by both such fine and imprisonment. Such imprisonment shall be in addition to any penalty imposed for any offense involved in the pattern of criminal offenses.

## WITNESSES ENDORSED FOR THE STATE OF OKLAHOMA

Roudy Rogers, Miami Police Department, 129 5th Northwest, Miami, Oklahoma 74354
Jeremy Myers, Miami Police Department, 129 5th Northwest, Miami, Oklahoma 74354
K.L. Mckee, Oklahoma Highway Patrol, Rt. 6, Box 450, Vinita, Oklahoma 74301
Ryan Anderson, Ottawa County Sherriff's Office, 28 B Southeast, Miami, Oklahoma 74354
Jennifer Ellis, Assistant District Attorney, Ottawa County District Attorney's Office, 102 E. Central, Suite 201, Miami, Oklahoma 74354
Les Farris, Stables Casino, 530 H Street SE, Miami, Oklahoma 74354
David Real, Investigator, Oklahoma Attorney General's Office, 313 NE 21st, Street, Oklahoma City, OK 73105
Fred Ellis, Investigator, Oklahoma Attorney General's Office, 313 NE 21st, Street, Oklahoma City, OK 73105
Thomas Anderson, Miami Police Department, 129 5th Northwest, Miami, Oklahoma 74354
James Richardson, Ottawa County, 129 5th Northwest, Miami, Oklahoma 74354
Michael Richardson, 129 5th Northwest, Miami, Oklahoma 74354
Mike Brashears, 129 5th Northwest, Miami, Oklahoma 74354
Trisha Bowden, City Reporters, Inc, First Floor, 117 Park Avenue, Oklahoma City, Oklahoma 73102