# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

Jerry Dean Payne, Jr.,

                Plaintiff(s),

vs.

Jeremy Myers, et al.,

                Defendant(s).

Case Number: 14-cv-39-GKF-TLW
Proceeding: Motion Hearing
Date: 7-1-2014
Court Time: 3:00 p.m.

### MINUTE SHEET

T. Lane Wilson, U.S. Magistrate Judge     C. Portilloz, Deputy Clerk     C1, Reporter

Counsel for Plaintiff: Ryan Ray, David Ross, Josh Lee

Counsel for Defendant Myers: Randall Wood

Counsel for Defendant Lashmet: Derrick DeWitt, Brett Stingley

Counsel for Defendants McKee and State of OK: Devan Pederson (appearing by phone)

Counsel for Defendant City of Miami: Carly Hotvedt

Minutes: Case called for hearing regarding Motion for Protective Order (Dkt. 51). Argument heard. Discussion held regarding Motion to Stay (Dkt. 50). All parties advise that if deadlines are extended they would like for settlement conference to remain as set.

Court Time

3:00 - 3:35 p.m.