# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OKLAHOMA

JERRY DEAN PAYNE, JR.,

                Plaintiff(s),

vs.                                            Case Number: 14-cv-39-GKF-TLW

JEREMY MYERS, ET AL,

                Defendant(s).

**REVISED AMENDED SCHEDULING ORDER**
(Pursuant to Minute Order #68)

1. 4-3-2014 **INITIAL DISCLOSURE UNDER FEDERAL RULE CIVIL PROCEDURE 26(a)(1)**
2. 5-12-2014 MOTIONS FOR JOINDER OF ADDITIONAL PARTIES &/OR AMENDMENT TO THE PLEADINGS
3. 4-25-2014 EXCHANGE OF PRELIMINARY WITNESS AND EXHIBITS LISTS (Not to be filed of record)
4. 6-13-2014 PLAINTIFF'S EXPERT IDENTIFICATION AND REPORTS UNDER FEDERAL RULE CIVIL PROCEDURE (26(a)(2)
5. 6-13-2014 DEFENDANT'S EXPERT IDENTIFICATION AND REPORTS UNDER FEDERAL RULE CIVIL PROCEDURE (26(a)(2)
6. 12-12-2014 DISCOVERY CUTOFF (Interrogatories and Rule 34 requests must be made 30 days in advance of this date)
7. X SETTLEMENT CONFERENCE REQUESTED AFTER _____
8. 12-26-2014 DISPOSITIVE MOTIONS DAUBERT MOTIONS & MOTIONS IN LIMINE
9. 3-2-2015 DEPOSITION/VIDEOTAPED/INTERROGATORY DESIGNATIONS (File pleading with deponent name and page and line designations)
10. 3-9-2015 COUNTER-DESIGNATIONS (File pleading with deponent name and page and line designations)
11. 3-16-2015 TRANSCRIPTS ANNOTATED WITH OBJECTIONS & BRIEFS ON UNUSUAL OBJECTIONS FILED (Attorney Meeting to resolve objections required before filing)
12. 3-17-2015 PRETRIAL DISCLOSURE UNDER FEDERAL RULE CIVIL PROCEDURE 26(a)(3)
13. 3-31-2015 AGREED PRETRIAL ORDER INCLUDING FINAL WITNESS & EXHIBIT LISTS WITH OBJECTIONS
14. 4-7-2015 **PRETRIAL CONFERENCE at  1:30 p.m.**
15. 4-13-2015 REQUESTED JURY INSTRUCTIONS, REQUESTED VOIR DIRE & TRIAL BRIEFS
16. PROPOSED FINDINGS OF FACTS AND CONCLUSIONS OF LAW & TRIAL BRIEFS
17. **4-20-2015 TRIAL DATE: [x] JURY at 9:30 a.m.  Estimated time of Trial _____**
18. 3-12-2015 Hearing on dispositive motions at 1:30 p.m.

IT IS ORDERED that no date set by this Order can be changed except for good cause and upon written Order of this Court.

This Order is entered this 09th day of July, 2014.

_Gregory K. Frizzell_
GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT