# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY DEAN PAYNE, JR. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CV-14-cv-039-GKF-TLW |
| | ) |
| JEREMY MYERS, in his official and individual capacities, | ) |
| TERESA LASHMET, in her official and individual capacities, | ) |
| KENNY McKEE, in his individual capacity | ) |
| | ) |
| THE CITY OF MIAMI, OKLAHOMA, an Oklahoma municipal corporation; and JOHN DOE NOS 1-5, in their official and individual capacities; THE STATE OF OKLAHOMA, ex rel Department of Public Safety. | ) |
| Defendants. | ) |

## **ORDER**

On this 10th day of July, 2014, Defendants Lashmet and Myers' Joint Motion for Seven-Day Extension of Deadline to Submit Expert Report (Doc. 76) comes before the Court. Having reviewed this motion and for good cause shown, the Court finds the Motion shall be granted. The deadline for Defendants to disclose their expert witnesses and to submit the expert reports is now **July 21, 2014.**

IT IS SO ORDERED this 10th day of July, 2014.

GREGORY K. FRIZZELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT