UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

JERRY DEAN PAYNE, JR.,

    Plaintiff,

vs.

                                        Case Number: 14-cv-39-GKF-TLW

JEREMY MYERS, et al.,

    Defendants.

### SETTLEMENT CONFERENCE REPORT

On 07/14/2014 a Settlement Conference was held in the captioned matter.

☐     The litigation was settled; within _____ days of the date hereof, the Plaintiff and Defendant shall file:

      --    a Stipulation of Dismissal
            OR
      --    a Journal Entry of Judgment.

☒     The litigation was not settled.

☐     Settlement negotiations are pending. The parties are to phone the undersigned by _:___ p.m. on _____, 2014.

DATED: 07/14/2014.

                                           Paul J. Cleary
                                           U.S. Magistrate Judge